[No. 60704-9-I.  Division One.  November 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SKYLER MAMORU KAIZUKA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01881-2, Cheryl B. Carey, J., entered September 10, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60742-1-I.  Division One.  November 17, 2008.]

*In the Matter of the Guardianship of* DOROTHY K. GREGA.

DONNA MAE KIRLEY, *as Temporary Guardian, Respondent*, v. JANET OBRIEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-00932-9, Joan B. Allison, J. Pro. Tem., entered October 30, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60837-1-I.  Division One.  November 17, 2008.]

DEREK A. WATT ET AL., *Respondents*, v. DONNA CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-2-00967-1, Steven J. Mura, J., entered October 26, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60892-4-I.  Division One.  November 17, 2008.]

GERALD SIMONSEN, *Respondent*, v. RICHARD BASARAB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-33486-1, Andrea A. Darvas, J., entered October 26, 2007. *Affirmed* by unpublished per curiam opinion.